UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRACY RAULIEN MAXEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:16-CV-3363-G (BF) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the magistrate judge are correct, and they are **ADOPTED** as the findings and conclusions of the court.

**SO ORDERED**.

March 23, 2017.

_____
**A. JOE FISH**
**Senior United States District Judge**